Opinion issued August 8, 2019



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-19-00272-CV

_____

**DISTINCTIVE OUTDOOR ENVIRONMENTS LLC AND MICHAEL BONANO, Appellants**

**V.**

**FROST BANK, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1104935**

---

## MEMORANDUM OPINION

Appellants, Distinctive Outdoor Environments LLC and Michael Bonano, have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX.

R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Hightower.